**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.     Case No. 6:15-cr-119-Orl-37KRS

LASHUNDA VENEICE REDD.

_____

**ORDER**

This cause is before the Court on Defendant's Motion for Termination for Supervised Release (Doc. 39), filed May 18, 2016. Upon consideration, the Court finds that the Motion is due to be denied as premature.

On May 20, 2015, the Government returned a twelve-count Indictment charging Defendant with: (1) one count of theft of Government money (Count I); (2) two counts of aggravated identity theft (Count II and III); and (3) nine counts of making, uttering, and possessing counterfeit and forged securities (Counts IV through XII). (Doc. 13.) Pursuant to a plea agreement, Defendant pled guilty to Counts I, II, and IV of the Indictment. (Doc. 28.)

The Court sentenced Defendant to two concurrent terms of thirty (30) months' imprisonment on Counts I and IV to run concurrently ("**Thirty-Month Term**"); however, as to Count II, Defendant was sentenced to a term of twenty-four (24) months' imprisonment to run consecutively with the Thirty-Month Term (collectively, "**Sentence**"). (Docs. 32, 33.) The Court also imposed a three-year term of supervised release on each of Counts I and IV and a one-year term of supervised release on Count II to run concurrently. (*Id.*)

In the instant Motion, Defendant requests that the Court terminate her term of

supervised release pursuant to 18 U.S.C. § 3583 (e)(1). (Doc. 39.)

Section 3583(e)(1) authorizes the Court to:

> terminate a term of supervised release and discharge the defendant released at any time ***after the expiration of one year of supervised release***, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

(Emphasis added). Defendant is currently serving her Sentence and has not yet begun her term of supervised release. As such, she has not yet met the minimum statutory requirements to warrant consideration of her Motion. Thus, the Motion is due to be denied as premature.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion for Termination for Supervised Release (Doc. 39) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 23, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

*Pro Se* Party